## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil / Criminal No.   **3: 05-CV-30171-MAP**

Title: **PAUL D. MASTALERZ, V. METHODS MACHINE TOOLS, INC., ET AL.**

## NOTICE

Please take notice that the above-entitled case previously assigned to Judge **Kenneth P. Neiman** has been transferred to Judge **Michael A. Ponsor** for all further proceedings. From this date forward the number on all pleadings should be followed by the letter (s) **MAP**. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letter on the lower left hand corner of the envelope, as well on the correspondence or pleading being filed.

    Thank you for your cooperation in this matter.

                                        **SARAH A. THORNTON, CLERK**

                                        **By**: /s/ *Maurice G Lindsay*
                                        **Maurice G. Lindsay**
                                        **Deputy Clerk**

**Date:** August 1, 2005

Copies to: All Counsel of Record, and Systems Administrator