# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**WESTERN SECTION
CIVIL ACTION
NO.  05-CV-30171-MAP**

|  |  |
|---|---|
| *PAUL D. MASTALERZ,* **Plaintiff** | ) ) ) ) |
| **v.** | ) ) |
| *METHODS MACHINE TOOLS, INC., et al.,* **Defendants** | ) ) ) |

## NOTICE OF DISMISSAL

Plaintiff, Paul D. Mastalerz, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action.  Service of process has not been effectuated upon any adverse party to date.  Further, no answer or summary judgment motion has been filed or served to date.

DATED: October 5, 2005

Respectfully submitted,
The Plaintiff
By His Attorneys,

*/s/ Joan A. Antonino*
Joan A. Antonino
BBO#547319
JAAntonino@aol.com
Charles J. DiMare
BBO#124820
CJDiMare3152@aol.com
ANTONINO & DIMARE
Post Office Box 3333
Amherst, MA 01004-3333
(413) 549-5330